Name: Ying Wu, Xiaoming Tian
Address: 1226 Pennyroyal Ter
Sunnyvale, CA 94087
Phone Number: 510-402-3167
E-mail Address: yingwu1994@gmail.com
Pro Se

RECEIVED
JAN 07 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ying Wu, Xiaoming Tian | Case Number: 18-cv-07825-KAW |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | DATE: |
| Steve Hoskins, Marie Annette | TIME: |
| | COURTROOM: |
| | JUDGE: |
| Defendant | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 1/9/2019

*Haywood S. Gilliam, Jr.*

Haywood S. Gilliam, Jr.
United States District/~~Magistrate~~ Judge