UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YING WU, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MARIE ANNETTE, et al.,<br><br>    Defendants. | Case No. 18-cv-07825-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. Nos. 16, 11, 4 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion to Remand is GRANTED. The Clerk is directed to remand this case to the San Mateo County Superior Court and close the file. This order also terminates docket no. 16

**IT IS SO ORDERED.**

Dated: January 29, 2019

                                          HAYWOOD S. GILLIAM, JR.
                                          United States District Judge